IN THE UNITED STATES BANKRUPTCY COURT FOR
THE NORTHERN DISTRICT OF MISSISSIPPI

IN THE MATTER OF:                               CHAPTER 13 NO.:

EUGENE HARRIS &                                 05-18938-DWH
DIANE HARRIS

ORDER FINDING THAT LONG TERM DEBT TREATED
PER 1322(B)(5) OF US BANK NA CURRENT AND DEFAULTS ARE CURED

IT APPEARING to the Court, based upon the certification of the Trustee as indicated by the signature of the Attorney for Trustee below, that the Trustee has requested this Court issue an order holding that a long term claim, treated under the Debtors' confirmed Chapter 13 Plan pursuant to section 1322(b)(5), is current and that all defaults have been cured, including, but not limited to, the pre-petition arrearage, all payments which became due post-petition, all post-petition defaults, and all post-petition advances, charges, expenses, and fees, including attorney's fees incurred during the course of the bankruptcy; and that notice of the Trustee's request was forwarded to the Debtors, Debtors' counsel and the creditor listed below and that no objection to the Trustee's request was raised, it is:

ORDERED that the Section 1322(b)(5) claim listed below shall be deemed current and that all defaults in the claim(s) shall be deemed cured:

US Bank NA                          Post Petition Total Paid: $21,828.29
4801 Frederica St                   Date of claim: 01/03/2006
Owensboro, KY 42301                 Date of 1st payment: 03/24/2006
                                    Date of final payment: 03/26/2010

**Defaults cured:**

|  |  |
|---|---|
| Claim amount | $ 7,645.00 |
| Principal paid: | $ 7,645.00 |
| Interest paid: | $ 0.00 |

ORDERED, that this declaration that the long term obligation, <u>including, but not limited to, the pre-petition arrearage, all payments which became due post-petition, all post-petition defaults, and all post-petition advances, charges, expenses, and fees, including attorney's fees incurred during the course of the bankruptcy</u>, is current as of:

<u>MARCH 26, 2010</u>

**SO ORDERED** this the 12th day of May, 2010.

_____
U. S. BANKRUPTCY JUDGE

SUBMITTED BY:

/s/ W. Jeffrey Collier
W. Jeffrey Collier, Esq.
Attorney for Trustee
817 E. River Place
Post Office Box 55829
Jackson, Miss. 39296
(601) 355-6661
ssmith@barkley13.com
MSB No. 10645